

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Elmo Ray Fortenberry, Jr.,          * From the 385th District Court
                                              Of Midland County,
                                              Trial Court No. CR43001.

Vs. No. 11-15-00077-CR            * April 23, 2015

The State of Texas,                 * Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

       This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.